**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

v.                                                           CASE NO. 8:01-CR-459-T-30MAP

BILLY LEE BROOKINS

_____/

## ORDER

BEFORE the Court is Brookins's Application for Certificate of Appealability (Dkt. 49) and Affidavit of Indigency in support of his motion for permission to appeal *in forma pauperis* (Dkt. 47). On March 13, 2008, the Court issued its Order ruling that Brookins is not eligible for a sentencing reduction under 18 U.S.C. § 3582(c) (Dkt. 41). Thus, Brookins is not required to file an application for issuance of a certificate of appealability. *See United States v. Crawford*, 243 Fed. Appx. 476, 479 (11th Cir. 2007)(unpublished)("To the extent that the district court denied Crawford's motion on the ground that it was not within the "scope" of § 3582(c)(2), that portion of the judgment would be appealable as a final order of the district court.").

**ACCORDINGLY**, the Court **ORDERS** that:

1.    The Application for a Certificate of Appealability (Dkt. 49) is **DENIED** as unnecessary.

2.    Plaintiff's motion for leave to proceed on appeal *in forma pauperis* (Dkt. 47) is **GRANTED**.

**DONE** and **ORDERED** in Tampa, Florida on May 9, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: sfc

Copies to:
Counsel of Record
Defendant Brookins

2